%JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/11)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**    II          **Investigating Agency**    HSI

**City**    Dorchester                    **Related Case Information:**

**County**    Suffolk

| | |
|---|---|
| Superseding Ind./ Inf. | Case No. |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | 23-mj-5455-JGD |
| Search Warrant Case Number | 23-mj-5456-JGD |
| R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name    "John Doe"                         Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name

Address    (City & State)  Dorchester, MA

Birth date (Yr only): ____  SSN (last4#):_____  Sex ____  Race: _____  Nationality: _____

**Defense Counsel if known:**                         Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    Brian J. Sullivan                    Bar Number if applicable    676186

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony    5

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    09/18/2023          Signature of AUSA:    */s/ Brian J. Sullivan*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     "John Doe" _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 42 U.S.C. § 408(a)(7)(B) | Misuse of a Social Security Number | 1 |
| Set 2 | 18 U.S.C. § 1542 | False Statement in Application and Use of Passport | 2 |
| Set 3 | 18 U.S.C. §§ 1341, 1342 | Mail fraud | 3 |
| Set 4 | 18 U.S.C. § 1343 | Wire fraud | 4 |
| Set 5 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____